FILED

DEC 1 3 2004

Phil Lombardi, Cle
U.S. DISTRICT COU

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

04CR218C

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | [18 U.S.C. §1204(a): |
| | ) | International Parental Kid- |
| RIADH ABDUL RAHMAN DALLAH, | ) | napping] |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

On or about the 20th day of December, 2003, in the Northern District of Oklahoma, **RIADH ABDUL RAHMAN DALLAH,** defendant herein, unlawfully and intentionally removed to Syria from the United States, NOUR SANDRA DALLAH and MOHAMMAD SHADY DALLAH, the children of the defendant's marriage to LAMA HIJAZI DALLAH, in violation of custody and visitation rights granted the said LAMA HIJAZI DALLAH in Tulsa County District Court, Case No. FD-2001-3944, with the intent that said children should remain in Syria permanently.

All in violation of Title 18, United States Code, Section 1204(a).

### SENTENCING ALLEGATION

In connection with the offense charged in this Indictment, the actions of the defendant were the result of more than minimal planning.

1

A TRUE BILL.

DAVID E. O'MEILIA,
United States Attorney

By: _____          _____
NEAL B. KIRKPATRICK                    FOREMAN
Assistant United States Attorney